

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00321-CV

**IN RE** Maria Veronica **GALVAN**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           H. Todd McCray, Justice
           Velia J. Meza, Justice

Delivered and Filed: April 29, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Maria Veronica Galvan, filed her petition for writ of mandamus on April 20, 2026. Having considered the petition and accompanying record, this court has concluded that Galvan has not established that she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. All pending motions are denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-03830, styled *Maria Veronica Galvan v. Hyatt Regency San Antonio*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.